# EXHIBIT B

**U.S. v. Rubin/Chambers Dunhill Insurance, at al.**, No. 09 Cr 1058 (VM)
**Voluntary Bill of Particulars**
**Count I : 15 U.S.C. 1**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 1 | 7/20/1998 | The Health Educational and Housing Facility Board of the County of Mongomery, Tennessee | Hospital Improvement and Refunding Revenue bond Series 1998 (Clarksville Regional Health System) |
| 2 | 8/10/1998 | Illinois Development Finance Authority | Economic Development Finance Authority (Latin School of Chicago) |
| 3 | 2/19/1999 | Harrisonburg Redevelopment and Housing Authority | Lease Purchase Revenue Bonds, Series A & Subordinated Series B, Lease to Own |
| 4 | 5/13/1999 | Massachusetts Health and Educational Facilities Authortiy (Northeastern University) | Revenue Bonds, Northeastern University Issue, Series 1 |
| 5 | 6/1/1999 | Public Building Authority of the City of Clarksville, Tennessee | Adjustable Rate Pooled Financing Revenue Bonds, Series 1999 (Tennessee City Loan Pool) |
| 6 | 6/2/1999 | City of Hoopeston | Hospital Capital Improvement and Refunding Revenue Bonds (Hoopeston Community Memorial Hospital Project), Series 1999 |
| 7 | 6/7/1999 | Health Educational and Housing Facilities Board of the County of Sumner, Tennessee | Variable Rate Demand  Revenue Bonds (Hospital Alliance of Tennessee Pooled Financing Program) 1999 Series A |
| 8 | 6/16/1999 | ABAG Finance Authority for Nonprofit Corporations | Variable Rate Demand Certificates of Participation (Marin Academy Project), Series 1999 Evidencing Undivided Proporationate Interest of the Holders Thereof in Installments Payments to be Paid by ABAG Finance Authority of Nonprofit Corporations |
| 9 | 7/23/1999 | City of Woonsocket | Tax Exempt Lease Purchase Agreement |
| 10 | 8/4/1999 | Massachusetts State College Building Authority | Project Revenue Bonds, Senior Series 1999-A and Project Revenue Bonds, Series 1999-1 |
| 11 | 9/9/1999 | County of San Diego | Certificates of Participation Evidencing Proportionate Interest of the Holders Thereof in Installment Payments to be Paid by the County of San Diego from Purchase Payments to be Received from the Burnham Institute |
| 12 | 9/10/1999 | Tennessee Counties Services Loan Program | Tennessee Counties Services Loan Program |
| 13 | 9/16/1999 | Cabrillo Unified School District | 1999 Certificates of Participation (Middle School Project) Evidencing the Proportionate Undivided Interests of the Owners Thereof in Lease Payments to be Made by Cabrillo Unified School District. |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, at al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count I : 15 U.S.C. 1**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 14 | 10/18/1999 | The Edmond Public Works Authority | Utility System Revenue Refunding Bonds, Series 1999 |
| 15 | 11/23/1999 | California Statewide Communities Development Authority | Pride Industries, Inc, |
| 16 | 11/24/1999 | Pacific Housing & Finance Agency | Lease Revenue Pass-Through Obligations (Lease Purchase Program), 1999 Series A, and Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 1999 Series B, and Subordinated Capital Appreciation Revenue Obligations (Lease Purchase Program) 1999 Series C |
| 17 | 6/7/2000 | North Carolina Educational Facilities Finance Agency (Charlotte Country Day School) | Variable Rate Educational Facilities Revenue Bonds (Charlotte Country Day School), Series 2000 |
| 18 | 6/13/2000 | East Bay Delta Housing & Finance Agency | Lease Revenue Pass-Through Obligaitons (Lease Purchase Program) 2000 Series A, and Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2000 Series B, and Subordinated Capital Appreciation Revenue Obligations (Lease Purchase Program) 2000 Series C |
| 19 | 6/19/2000 | Alameda Corridor Transportation Authority | Tax Exempt Senior Lien Revenue Bonds Series 1999A & 1999C |
| 20 | 7/12/2000 | Massachusetts Development Finance Agency | Revenue Bonds, Massachusetts Biomedical Research Corporation Issue, Series C |
| 21 | 7/13/2000 | California Statewide Communities Development Authority (LA Orthopaedic Hospital) | Revenue Bonds (Los Angeles Orthopaedic Hospital Foundation and Orthopaedic Hospital) Series 2000 |
| 22 | 9/18/2000 | California Educational Facilities Authority (Chapman University) | Variable Rate Demand Revenue Bonds (Chapman University), Series 2000 |
| 23 | 9/20/2000 | California Infrastructure & Economic Development Bank (Asian Art Museum) | Revenue Bonds, Series 2000 (Asian Art Museum of San Francisco Project) |
| 24 | 10/26/2000 | Oklahoma Housing Development Authority | Revenue Obligations (Lease Purchase Program) 2000 Series A, B |
| 25 | 11/15/2000 | Industrial Development Corporation of Port of Chehalis Washington | Variable Rate Demand Revenue Bonds (Cascade Hardwoods Project) Series 2000 |
| 26 | 2/13/2001 | Harris County Finance Corporation (Las Americas Apartments) | Multifamily Housing Revenue Bonds (Las Americas Apartments Project) Series 2001 |

**U.S. v. Rubin/Chambers Dunhill Insurance, at al.**, No. 09 Cr 1058 (VM)
**Voluntary Bill of Particulars**
**Count I : 15 U.S.C. 1**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 27 | 4/19/2001 | Oxnard Union High School District | 2001 General Obligation Refunding Bonds, Series A |
| 28 | 4/27/2001 | Riverside-San Bernardino Housing and Finance | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A, 2001 Series B |
| 29 | 5/24/2001 | California Educational Facilities Authority | Refunding Revenue Bonds (Loyola Marymount University) Series 2001A |
| 30 | 5/30/2001 | Pomona Unified School District | General Obligation Refunding Bonds, Series 2001 Escrow for 1991G Refunding Bonds |
| 31 | 5/30/2001 | Pomona Unified School District | General Obligation Refunding Bonds, Series 2001 |
| 32 | 6/11/2001 | California Cities Home Ownership Authority | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and  Variable Rate Subordinated Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B |
| 33 | 6/19/2001 | Educational Facilites Authority for Private Nonprofit Colleges of Higher Learning | Educational Facilities Revenue Bonds (Columbia College Project) Series 2001 |
| 34 | 7/17/2001 | Clark County School District Number 161 | Qualified Zone Academy Bonds, Series 2001 |
| 35 | 8/13/2001 | Golden Empire Schools Financing Authority | Revenue Refunding Bonds, Series 2001 |
| 36 | 8/23/2001 | Illinois Development Finance Authority | Variable Rate Demand Revenue Bonds (WTVP Channel 47 Project) Tax Exempt Series 2001-A |
| 37 | 8/29/2001 | Oxnard School District | County of Ventura General Obligation Refunding Bonds, Series 2001A |
| 38 | 9/17/2001 | City of Boynton Beach, FL | Utility System Revenue Refunding Bonds, Series 2002 |
| 39 | 9/26/2001 | Dallas Independent School District | Qualified Zone Academy Maintenance Tax Notes, Series 2001 |
| 40 | 10/23/2001 | City of Clearwater, Florida | Improvement Revenue Refunding Bonds, Series 2001 |

**SUBJECT TO STIPULATION of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, at al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count I : 15 U.S.C. 1**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 41 | 10/23/2001 | California Infrastructure and Economic Development Bank | Revenue Bonds Series 2001, (The J. David Gladstone Institutes Project) |
| 42 | 10/24/2001 | West Contra Costa Unified School District | General Obligation Refunding Bond Series 2001A |
| 43 | 10/24/2001 | West Contra Costa Unified School District | General Obligation Refunding Bond, Series 2001B |
| 44 | 12/13/2001 | California Communities Housing & Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B |
| 45 | 12/13/2001 | California Communities Housing Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B |
| 46 | 12/13/2001 | Harrisonburg Redevelopment and Housing Authority | Variable Rate Lease Purchase Revenue Bonds 2001 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds Series B |
| 47 | 12/13/2001 | Pacific Housing and Finance Agency | Variable Rate Lease Revenue Pass-Through Obligation 2001 Series A and Subordinated Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B |
| 48 | 12/13/2001 | Pacific Housing and Finance Agency | Variable Rate Lease Revenue Pass-Through Obligation (Lease Purchase Program) 2001 Series A and Subordinated Variable Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series B |
| 49 | 1/10/2002 | The Hospitals and Higher Education Facilities Authority of Philadelphia | Hospital Revenue Bonds (Magee Rehabilitation Hospital Project) Series 2001 |
| 50 | 1/17/2002 | California Educational Facilities Authority | Revenue Bonds Series 2002A; Variable Rate Demand Revenue Bonds (Santa Clara University) Series 2002B |
| 51 | 1/24/2002 | Pulaski County, Arkansas | Variable Rate Least Purchase Revenue Bonds 2002 Series A and Subordinated Variable Rate Lease Purchase Revenue Bonds 2002 Series B |

**U.S. v. Rubin/Chambers Dunhill Insurance, at al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count I : 15 U.S.C. 1**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 52 | 1/24/2002 | Puerto Rico Highway and Transportation Authority | Transportation Revenue Bonds (Series D) |
| 53 | 3/21/2002 | Educational Facilities Authority for Private Nonprofit Insititutions of Higher Learning, South Carolina | Capital Improvement and Refunding Revenue Bonds, Series 2002 (Benedict College) |
| 54 | 4/1/2002 | Harris County Health Facilities Development Corporation | Harris County Health Facilities Development Corporation Revenue Bonds (Young Men's Christian Association of the Greater Houston Area) Series 1999 |
| 55 | 4/18/2002 | Industrial Development Authority of the County of Pima | Variable Rate Lease Purchase Revenue Bonds, Series 2002 |
| 56 | 5/7/2002 | California Educational Facilities Authority | Variable Rate Demand Revenue Refunding Bonds,(Art Center College of Design) 2002 Series B |
| 57 | 5/23/2002 | West Covina Unified School District | General Obligation Refunding Bonds, Series 2002A |
| 58 | 6/4/2002 | Centinela Valley Union School District | Gereral Obligation Refunding Bonds, Series 2002A |
| 59 | 6/12/2002 | Mississippi Home Corporation | Variable Rate Lease Purchase Revenue Bonds Series 2002 |
| 60 | 6/17/2002 | San Gabriel Unified School District | California Election of 2002 General Obligation Bonds, Series A |
| 61 | 6/20/2002 | New Jersey Transit Corporation | Certificates of Participation (Series 2002A), and Subordinated Certificates of Participation (Series 2002B) |
| 62 | 6/27/2002 | City of Bridgeport, Connecticut | General Obligation Refunding Bonds 2002 Series A |
| 63 | 8/6/2002 | Allegheny County Airport Authority | Series 2002 AMT Airport Revenue Refunding Bonds |
| 64 | 8/14/2002 | Vallejo City Unified School District (Solano County) | General Obligation Refunding Bonds, Series 2002A |
| 65 | 9/23/2002 | Pleasant Valley School District (County of Ventura) | 2002 General Obligation Refunding Bonds, Series 2002A |
| 66 | 9/27/2002 | Hospital Authority of Forsyth County | Revenue Anticipation Certificates (Georgia Baptist Health Care System, Inc. Project) Series 1998. |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, at al.**, No. 09 Cr 1058 (VM)
**Voluntary Bill of Particulars**
**Count I : 15 U.S.C. 1**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 67 | 10/24/2002 | Alvord  Unified School District | General Obligation Refunding Bond, Series 2002A |
| 68 | 11/18/2002 | Fresno Unified School District | General Obligation Refunding Bonds, Series 2002 |
| 69 | 3/6/2003 | County of Franklin, Ohio | Hospital Facilities Revenue Bond Series 2003A (Ohio Health Corporation)(Auction Rate Securites) Hospital Facilities Revenue Bond Series 2003B (Ohio Health Corporation)(Auction Rate Securites) |
| 70 | 3/6/2003 | ABAG Finance Authority for Nonprofit Corporations | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2003 Series A |
| 71 | 3/20/2003 | City of Stamford, Connecticut | General Obligation Refunding Bonds Issue of 2003 |
| 72 | 4/3/2003 | The Regents of The University of New Mexico | Refunding And Improvement Revenue Bonds, Series 2003A |
| 73 | 4/25/2003 | The Edmond Public Works Authority | Sales Tax and Utility System Revenue Bonds, Series 2001 & Series 2003 |
| 74 | 8/26/2003 | The Industrial Development Authority of the County of Yavapai | Hospital Revenue Bonds (Yavapai Regional Medical Center) Series 2003A ; Auction Rate Revenue Bonds (Yavapai Regional Medical Center) Series 2003B |
| 75 | 4/6/2004 | Pismo Beach Public Finance Authority | 2004 Revenue Bonds, Series A (Wastewater Project) Bank Qualified |
| 76 | 4/23/2004 | San Jose - Evergreen Community College District | Crossover Refunding Election of 1998 General Obligation Bonds, Series A, B &C, D |
| 77 | 5/18/2004 | Cabrillo Community College District |  Advanced Refunding Series A, C, and D |
| 78 | 11/1/2004 | Fresno Unified School District | General Obligation Refunding Bonds, Series 2004A |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count II: 18 U.S.C. 371**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 1 | 10/23/2001 | City of Clearwater | Capital Improvement Revenue Refunding Bonds, Series 2001 |
| 2 | 10/23/2001 | California Infrastructure and Economic Development Bank | Revenue Bonds Series 2001, (The David Gladstone Institutes Project) |
| 3 | 10/29/2001 | New Jersey Healthcare Facilities Financing Authority | Revenue Bonds, Meridian Health System Obligated Group Issue, Series 1999 |
| 4 | 11/14/2001 | Urban Residential Finance Authority of the City of Atlanta | Multifamily Senior Housing Revenue Bonds Allen Temple Apartments Series 2001A |
| 5 | 11/14/2001 | Western Placer Unified School District Financing Corporation | Convertible Capital Appreciation Certificates of Participation (2001 Land Acquisition Program) |
| 6 | 11/30/2001 | Maryland Economic Development Corporation | Revenue Bonds, Series 2001 (Anne Arundel County) |
| 7 | 12/13/2001 | California Communities Housing & Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A & B |
| 8 | 12/13/2001 | California Communities Housing Finance Agency | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2001 Series A and B |
| 9 | 12/13/2001 | Harrisonburg Redevelopment and Housing Authority | Variable Rate Lease Purchase Revenue Bonds 2001 Series A and B |
| 10 | 12/13/2001 | Pacific Housing and Finance Agency | Variable Rate Lease Revenue Pass-Through Obligation (Lease Purchase Program) 2001 Series A and B |
| 11 | 1/17/2002 | California Educational Facilities Authority | Revenue Bonds Series 2002A; Variable Rate Demand Revenue Bonds  Series 2002B (Santa Clara University) |
| 12 | 1/24/2002 | Puerto Rico Highway and Transportation Authority | Transportation Revenue Bonds (Series D) |
| 13 | 4/18/2002 | Industrial Development Authority of the County of Pima | Variable Rate Revenue Bonds, Series 2002 |
| 14 | 6/6/2002 | Bellflower Redevlopment Agency | Multifamily Housing Revenue Bonds (Bellflower Terrace Seniors) Series 2002B |

**U.S. v. Rubin/Chambers Dunhill Insurance, et al.**, No. 09 Cr 1058 (VM)
**Voluntary Bill of Particulars**
**Count II: 18 U.S.C. 371**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 15 | 6/12/2002 | Mississippi Home Corporation | Lease Purchase Revenue Bonds Series 2002 |
| 16 | 6/12/2002 | Utah Housing Corporation | Single Faqmily Mortgage Variable Rate Bonds, 2002 Series 1 Term Bonds and 2002 Series 2 Term Bonds |
| 17 | 6/13/2002 | County of San Bernadino | Single Family Home Mortgage Revenue Bonds (Mortgage-Backed Securities Program) Series 2002A |
| 18 | 6/27/2002 | McAlester Public Works Authority (Oklahoma) | McAlester Public Works Authority, OK, Utility System Revenue Bonds, Series 2002 |
| 19 | 6/28/2002 | McAlester Public Works Authority (Oklahoma) | Utility System Revenue Bonds, Series 2002 |
| 20 | 7/2/2002 | Tampa Port Authority (Hillsborough County Port District | Series 2002 A & B Tampa Port Authority Project |
| 21 | 7/16/2002 | Industrial Development Authority of the County of Cape Girardeau, Missouri | Health Facilities Revenue Bonds (Southeast Missouri Hospital Association) Series 2002 |
| 22 | 7/16/2002 | Commonwealth of Puerto Rico | Public Imrpovement Refunding Bonds Series 2003 |
| 23 | 7/18/2002 | Suffolk County Industrial Development Agency | Continuing Care Retirement Community First Mortgage Fixed Rate Revenue Bonds (Jefferson's Ferry Project) Series 1999A, 1999B-1, and 1999B-2 |
| 24 | 8/16/2002 | Missouri Health and Educational Facilities Authority (MOHEFA) | Misssouri Health and Educational Facilities Authority of the State of Missouri, School District Direct Deposit Agreement (Pool 11) |
| 25 | 8/16/2002 | Allegheny County Airport Authority | Series 2002 AMT Airport Revenue Refunding Bonds |
| 26 | 9/18/2002 | Houston Housing Finance Corporation | Multifamily Housing Revenue Bonds, Emerald Bay Apartments, Series 2002A & 2002B |
| 27 | 9/26/2002 | The Board of Port Commissioners of the City of Oakland | Refunding Revenue Bonds Series N (AMT) |
| 28 | 9/27/2002 | Hospital Authority of Forsyth County | Revenue Anticipation Certificates (Georgia Baptist Health Care System, Inc. Project) Series 1998. |

**U.S. v. Rubin/Chambers Dunhill Insurance, et al.**, No. 09 Cr 1058 (VM)
**Voluntary Bill of Particulars**
**Count II: 18 U.S.C. 371**

|    | Approximate Bid Date | Name | Program |
|----|----------------------|------|---------|
| 29 | 10/8/2002 | The Board of Port Commissioners of the City of Oakland | Board of Port Commissioners of the City of Oakland, California |
| 30 | 10/31/2002 | Michigan State HAD | Limited Obligation MFH Revenue Bonds Series 2002A Edgewood Villas |
| 31 | 11/6/2002 | Texas Department of Housing and Community Affairs | Multifamily Housing Mortgage Revenue Bonds (Hickory Trace Apartments) Series 2002 |
| 32 | 11/18/2002 | Fresno Unified School District | General Obligation Bonds, Series 2002 |
| 33 | 12/9/2002 | Housing Authority of Fulton County | Collateralized Mortgage Loan - Etheridge Court Apartments Project Phase II) |
| 34 | 12/11/2002 | Texas Department of Housing and Community Affairs | Residential Mortgage Revenue Bonds, Series 2002B (AMT) |
| 35 | 2/5/2003 | Massachusetts Development Finance Agency | Revenue Bonds, Series 2003, Massachusetts College of Pharmacy and Allied Health Sciences Issue, Series 2003 |
| 36 | 3/6/2003 | County Of Franklin | Hospital Facilities Revenue Bond Series 2003A (OhioHealth Corporation)(Auction Rate Securites)-- Hospital Facilities Revenue Bond Series 2003B (OhioHealth Corporation)(Auction Rate Securites) |
| 37 | 3/6/2003 | ABAG Finance Authority for Nonprofit Corporations | Variable Rate Lease Revenue Pass-Through Obligations (Lease Purchase Program) 2003 Series A |
| 38 | 3/11/2003 | Norwin School District, Westmoreland and Allegheny Counties | General Obligation Bonds, Series of 2000 |
| 39 | 3/13/2003 | West Virginia Economic Development Authority | West Virginia Economic Development Authority, Lease Revenue Bonds (Correctional) Juvenile and Public Safety Facilities 2003 Series A |
| 40 | 3/20/2003 | Board of Governors of Fairmont State College | College Facilities Revenue Bonds, Series 2003A; Student Activity Revenue Bonds Series 2003B |
| 41 | 3/25/2003 | Port Authority of Allegheny County | Special Revenue Transportation Bonds Refunding Series of 2001 |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count II: 18 U.S.C. 371**

|    | Approximate Bid Date | Name | Program |
|----|----------------------|------|---------|
| 42 | 4/3/2003 | The Regents of The University of New Mexico | Refunding And Improvement Revenue Bonds, Series 2003A |
| 43 | 4/21/2003 | South Jersey Transportation Authority | Transportation System Revenue Bonds, Series 1999 |
| 44 | 4/25/2003 | The Edmond Public Works Authority | Sales Tax and Utility System Revenue Bonds, Series 2001 & Series 2003 |
| 45 | 4/29/2003 | County of Westchester Industrial Development Agency | Continuing Care Retirement Community Revenue Bonds, Series 2003 Kendal on Houston |
| 46 | 4/29/2003 | New Jersey Health Care Facilities Financing Authority | Revenue Bonds, Series 2003 Somerset Medical Center |
| 47 | 4/30/2003 | Connecticut Development Authority | First Mortage Gross Revenue Health Care Project Bonds (The Elim Park Baptist Home, Inc. Project, Series 2003) |
| 48 | 5/13/2003 | Denton County Housing Finance Corporation | Multifamily Housing Revenue Bonds (Quail Creek Apartments Project) Series 2003; Taxable Multifamily Housing Mortgage Revenue Bonds (Quail Creek Apartments Project Series 2003-T |
| 49 | 5/13/2003 | Housing Authority of the City of McDonough | Mulifamily Housing Revenue Bonds(Woodlawn Park Apartments Project), Series 2003 |
| 50 | 6/13/2003 | Harris County Housing Finance Corporation | Harris County Housing Finance Corporation, Multifamily Housing Mortgage Revenue Bonds (Shadow Ridge Apartments) Series 2003 |
| 51 | 6/26/2003 | Maryland Economic Development Corporation | Student Housing Revenue Bonds (Bowie State University Project) Series 2003 |
| 52 | 8/12/2003 | Turlock Public Financing Authority | Revenue Bonds |
| 53 | 8/26/2003 | MOHEFA -- Health and Educational Facilities Authority of Missouri | Health and Educational Facilities Authority of the State of Missouri, School District Direct Deposit Agreement # 12 |
| 54 | 8/26/2003 | Industrial Development Authorty of the County of Yavapai | Hospital Revenue Bonds, Series 2003, Yavapai Regional Medical Center |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count II: 18 U.S.C. 371**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 55 | 9/9/2003 | Texas Department of Housing and Community Affairs | Multifamily Housing Revenue Bonds (Ash Creek Apartments) Series 2003A & 2003B |
| 56 | 9/9/2003 | New Hampshire Health and Education Facilities Authority | New Hampshire Health and Education Facilities Authority<br>-Fixed Rate Revenue Bonds, the Huntington at Nashua Issue Series 2003A<br>--Variable Rate Demand Revenue Bonds, the Huntington at Nashua Issue Series 2003B |
| 57 | 10/1/2003 | Camp Pendleton and Quantico Military Housing, LLC | Revenue Obligations Series 2003A |
| 58 | 10/23/2003 | West Virginia Water Development Authority acting on behalf of the West Virginia Infrastructure and Jobs Development Council and the State of WV | Infrastructure Revenue Bonds, 2000 Series A |
| 59 | 11/17/2003 | Pennsylvania Housing Finance Agency | Single Family Mortgage Revenue Bonds Draw Down Series 2003-A |
| 60 | 11/19/2003 | Michigan State Housing Development Authority | Single Family Mortgage Revenue Bonds<br>Fixed Rate Bonds, 2003 Series B(AMT); $26,820,000 Tax Exempt Variable Rate Bonds, 2003 Series C(AMT); Taxable Variable Rate Bonds, 2003 Series D (Federally Taxable) |
| 61 | 1/15/2004 | The Industrial Development Authority of the County of Platte | The Industrial Development Authority of the County of Platte, Missouri Transportation Revenue Bonds<br>(Zona Rosa Project) Series 2003 |
| 62 | 1/23/2004 | West Virginia Economic Development Authority | Excess Lottery Revenue Bonds (Federally Taxable) Series 2004 |
| 63 | 4/21/2004 | The Industrial Development Authority of Kansas City | Revenue Bonds, Series 2004, Plaza Library Project |
| 64 | 5/20/2004 | Texas Department of Housing and Community Affairs (TDHCA) | Variable Rate Demand Multifamily Housing Revenue Bonds (Pinnacle Apartments) Series 2004 |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count II: 18 U.S.C. 371**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 65 | 5/20/2004 | Texas Department of Housing and Community Affairs (TDHCA) | Variable Rate Demand Multifamily Housing Revenue Bonds (Bristol Apartments) Series 2004 |
| 66 | 5/20/2004 | Texas Department of Housing and Community Affairs (TDHCA) | Variable Rate Demand Multifamily Housing Revenue Bonds (Montgomery Pines Apartments) Series 2004 |
| 67 | 5/20/2004 | Maine State Housing Authority | Cumulative Aggregate Amound of General Housing Draw Down Bonds Series 2004-A (Non-AMT) and Series 2004B (AMT) |
| 68 | 6/22/2004 | State of West Virginia School Building Authority | West Virginia School Building Authority, Lottery Capital Improvement Revenue Bonds, Series 2004 |
| 69 | 7/13/2004 | Atlanta Development Authority | Student Housing Revenue Bonds (ADA/CAU Partners, Inc. Project at Clark Atlanta University) Series 2004A--Taxable Student Housing Revenue Bonds (ADA/CAU Partners, Inc. Project at Clark Atlanta University) Series 2004B |
| 70 | 7/15/2004 | The Municipal Authority of the City of Bristow | Untility System System Refunding Revenue Bonds, Series 2004 |
| 71 | 7/21/2004 | California Statewide Communicty Development Authority | Multifamily Housing Revenue Bonds Series 2004 (Rancho Santa Fe Village Project) |
| 72 | 8/27/2004 | West Virginia Economic Development Authority | Lease Revenue Bonds (Correctional, Juvenille and Public Safety Facilities) 2004 Series A<br>Taxable Lease Revenue Bonds (Correctional, Juvenille and Public Safety Facilities) 2004 Series B |
| 73 | 9/8/2004 | State of West Virginia Higher Education Policy Commission | Revenue Bonds (Higher Education Facilities) 2004 Series B |
| 74 | 9/9/2004 | Kentucky Economic Development Authority | |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058 (VM)**
**Voluntary Bill of Particulars**
**Count II: 18 U.S.C. 371**

|     | Approximate Bid Date | Name | Program |
| --- | --- | --- | --- |
| 75 | 11/1/2004 | San Antonio Housing Finance Corporation | Multifamily Housing Revenue Bonds, Series 2004, Villas of Costa Biscaya |
| 76 | 12/15/2004 | Texas Department of Housing and Community Affairs | Multifamily Housing Revenue Bonds (Providence at Village Fair Apartments) Series |
| 77 | 3/10/2005 | Massachusetts Health and Educational Facilities Authority | Northeastern University Issue, Series O (2005) Select Auction Variable Rate Securities (SAVRS) |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al.**, No. 09 Cr 1058(VM)
**Voluntary Bill of Particulars**
**Count III: 18 U.S.C. 371**

|  | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 1 | 8/30/1999 | Florida Housing Finance Corporation | Housing Revenue Bonds, 1999 Series I-1 and Taxable Housing Revenue Bonds 1999 Series I-2 (Heritage Pointe Apartments) |
| 2 | 10/7/1999 | Oklahoma Industries Authority (Integris Health) | Health System Revenue Bonds (Obligated group consisting of Baptist Medical Center of Oklahoma Inc., South Oklahoma City Hospital Corporation and Baptist Rural Health System, Inc.) Series 1995C |
| 3 | 11/5/1999 | Mississippi Home Corporation | Multifamily Housing Adjustable/Fixed Rate Revenue Refunding Bonds (Summer Park Apartments) Series 1999d-1 and Series 1999d-2 |
| 4 | 11/23/1999 | County of Cuyahoga | Adjustable Rate Economic Development Revenue Bonds, Series 1999 (Hathaway Brown School Project) |
| 5 | 12/1/1999 | Housing Authority of the County of Dekalb | Multifamily Housing Revenue Bonds, Series 1999 (Robins Landing Project) |
| 6 | 12/10/1999 | City of Chicago | Multi-family Housing Revenue Bonds (St. Edmund's Village Apartments) Series 1999A |
| 7 | 12/15/1999 | Massachusetts Development Finance Agency (The Monastery) | Assisted Living Facility Revenue Bonds (The Monastery at West Springfield Project) Series 1999 |
| 8 | 12/20/1999 | Utah Housing Finance Agency | Single Family Mortgage Variable Rate Bonds, 1999 Series 3 and 1999 Series 4 |
| 9 | 1/12/2000 | Oklahoma County Home Finance Authority | Single Family Mortgage Revenue and Refunding Bonds, Tax-Exempt Series 2000A and Taxable Series 2000B |
| 10 | 1/18/2000 | Illinois Health Facilities Authority | Revenue Bonds, Series 1999A  and Variable Rate Demand Revenue Bonds, Series 1999B (Blessing Hospital) |
| 11 | 3/8/2000 | Texas Department of Housing and Community Affairs | Residential Mortgage Revenue Bonds Series 2000A |
| 12 | 3/8/2000 | Oklahoma Housing Development Authority | Tax Exempt Taxable Single Family Mortgage Revenue Bonds, Series 2000 |
| 13 | 3/22/2000 | District of Columbia | Revenue Bonds (Public Welfare Foundation Issue) Series 2000 |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058(VM)**
**Voluntary Bill of Particulars**
**Count III: 18 U.S.C. 371**

|    | <u>Approximate Bid Date</u> | <u>Name</u> | <u>Program</u> |
|----|------|------|---------|
| 14 | 3/31/2000 | Mississippi Regional Housing Authority | Multifamily Housing Revenue Bonds, Magnolia Park Apartments |
| 15 | 4/5/2000 | Massachusetts Development Finance Agency | Revenue Refunding Bonds, Penacook Place, Series 2000 |
| 16 | 6/7/2000 | Mississippi Regional Housing Authority No. II | Multifamily Housing Revenue Bonds (Terrace Park Apartments Series 2000) |
| 17 | 6/19/2000 | Alameda Corridor Transportation Authority | Bonds Series 1999A & 1999C |
| 18 | 6/22/2000 | Allegheny County Hospital Development Authority | Health Care Facilities Revenue Bonds, Series 1998 (Villa St. Joseph of Baden, Inc.) |
| 19 | 7/11/2000 | Tarrant County Housing Finance Corporation | Multifamily Housing Revenue Bonds (Fair Oaks Apartments Project), Series 2000A, 2000B, 2000C, and 2000D |
| 20 | 7/13/2000 | Mississippi Regional Housing Authority | Multifamily Housing Revenue Bonds, Laurel Park Apartments, Series 2000 |
| 21 | 7/13/2000 | California Statewide Communities Development Authority | Los Angeles Orthopaedic Hospital Foundation and Orthopaedic Hospital) Series 2000 |
| 22 | 9/6/2000 | Tensas Parish Law Enforcement District | Certificates of Participation Evidencing Proportionate Interests of the Owners thereof in an Amended and Restated Lease Agreement with option to purchase |
| 23 | 11/1/2000 | California Health Facilities Financing Authority (Lodi Memorial Hospital) | Insured Hospital Refunding Revenue Bonds (Lodi Memorial Hospital) 2000 Series A |
| 24 | 11/9/2000 | Tarrant County Health Facilities Development Corporation | GNMA Collateralized Mortgage Loan, Eastview Nursing Home, Ebony Lake Nursing Center, Fort Stockton Nursing Center, Lynnhaven Nursing Center and Mission Oaks Manor Series 2000 A-1 and Taxable Series 2000 A-2 |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**<u>U.S. v. Rubin/Chambers Dunhill Insurance, et al.</u>, No. 09 Cr 1058(VM)**
**Voluntary Bill of Particulars**
**Count III: 18 U.S.C. 371**

| | <u>Approximate Bid Date</u> | <u>Name</u> | <u>Program</u> |
|---|---|---|---|
| 25 | 11/28/2000 | Suffolk County Industrial Development Agency | Continuing Care Retirement Community Revenue Bonds (Peconic Landing at Southold, Inc. Project - Series 2000A Construction) |
| 26 | 11/28/2000 | Suffolk County Industrial Development Agency | Continuing Care Retirement Community Adjustable Rate Revenue Bonds (Peconic Landing at Southold, Inc. Project - Series 2000B) |
| 27 | 11/28/2000 | Suffolk County Industrial Development Agency | Continuing Care Retirement Community Taxable Revenue Bonds (Peconic Landing at Southold, Inc. Project - Series 2000C) |
| 28 | 11/29/2000 | Moreno Valley Public Finance Authority | Assisted Living Housing Revenue Bonds Series 2000A |
| 29 | 12/6/2000 | Alabama Housing Finance Authority | Multifamily Revenue Bonds, South Bay Apartments, Series 2000K |
| 30 | 12/6/2000 | The Health and Educational Facilities Board of the Metropolitan Government of Nashville and Davidson County | Multifamily Housing Revenue Bonds (Spring Branch, LLC Project) Series 2000 |
| 31 | 12/7/2000 | Massachusetts Development Finance Agency | Variable Rate Revenue Bonds, Clark University, Series 2000 |
| 32 | 12/8/2000 | City of Seal Beach Redevelopment Agency | Mobile Home Park Revenue Bonds Series 2000A |
| 33 | 12/11/2000 | North Central Texas Health Facilities Development Corporation | Variable Rate Revenue Bonds; Variable Rate Demand Revenue Bonds (Dallas Jewish Community Foundation Project) |
| 34 | 12/14/2000 | Onondaga County Industrial Development Agency | Variable Rate Demand Solid Waste Disposal Facility Revenue Bonds (Solvay Paperboard LLC Project) Series 2000A |
| 35 | 12/15/2000 | Tarrant County Housing Finance Corporation | Fannie Mae Rate Lock Loan Proceeds -- Reflections Senior Apartments |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058(VM)**
**Voluntary Bill of Particulars**
**Count III: 18 U.S.C. 371**

|  | <u>Approximate Bid Date</u> | <u>Name</u> | <u>Program</u> |
|---|---|---|---|
| 36 | 12/19/2000 | Utah Housing Finance Agency | Single Family Mortgage Variable Rate Bonds, Series 3 & Series 4 |
| 37 | 12/20/2000 | Tarrant County Housing Finance Corporation: | Fannie Mae Loan to DUS Lender Program -- Multifamily Revenue Bonds Compass Pointe II |
| 38 | 1/18/2001 | City of Shawnee | Multifamily Housing Revenue Bonds, Series 2001 (Shawnee Station Apartments Project) |
| 39 | 2/6/2001 | Utah Housing Finance Agency | Single Family Mortgage Bonds, 2001 Series A |
| 40 | 2/13/2001 | Harris County Finance Corp. (Las Americas Apartments) | Multifamily Housing Revenue Bonds (Las Americas Apartments Project) Series 2001 |
| 41 | 2/20/2001 | Comanche County Home Finance Authority | Single Family Mortgage Revenue Refunding Bonds ,Series 2001A and Series 2001B |
| 42 | 2/20/2001 | Oklahoma County Home Finance Authority | Single Family Mortgage Revenue Bonds, Series 2001A, 2001B,  2001C, Series 2001D |
| 43 | 2/22/2001 | Biloxi Housing Authority | Multifamily Housing Revenue Bonds Series 2001 -- Bayview Place Estates |
| 44 | 2/26/2001 | Allegheny County Hospital Development Authority | Health Care Revenue Bonds (The Covenant at South Hills Project), Series 2001 |
| 45 | 2/27/2001 | Housing Authority of the County of San Bernardino | Multifamily Mortgage Revenue Bonds (GNMA Collateralized - Rancho Meridian Mobile Home Park) Series 2001 |
| 46 | 2/27/2001 | Tarrant County Housing Finance Corporation | Multifamily Housing Revenue Bonds, Series 2001 (Lost Spurs Ranch Apartments Project) |
| 47 | 3/12/2001 | Port Authority of Allegheny County | Special Revenue Transportation Bonds Refunding Series 2001 |

WORKPRODUCT as of 12/18/09

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058(VM)**
**Voluntary Bill of Particulars**
**Count III: 18 U.S.C. 371**

|  | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 48 | 3/27/2001 | Alabama Housing Finance Authority | Multifamily Revenue Refunding Bonds, Park Brook & Charter East Apartments Project 2001 Series A |
| 49 | 3/28/2001 | Texas State Affordable Housing Corp. | Multifamily Revenue Bonds Series 2001A, The Reserve Apartments |
| 50 | 4/26/2001 | Industrial Development Authority of the County of Maricopa | Multifamily Housing Revenue Bonds, Series 2001---Syl-Mar Apartments |
| 51 | 5/2/2001 | Utah Housing Finance Agency | Single Family Mortgage Bonds, 2001 Series B |
| 52 | 5/2/2001 | The Special Health Care Facilities Financing Authority for the City of Rainbow City | First Mortgage Revenue Bonds (Regency Pointe Project) Series 2001 |
| 53 | 5/16/2001 | Brazos County Housing Finance Corporation | Multifamily Housing Revenue Bonds, Series 2001A; Series 2001A-T |
| 54 | 5/23/2001 | Suffolk Redevelopment and Housing Authority | Multi-family Housing Revenue Bonds, Series 2001A-B--Hope Village Apartments |
| 55 | 5/24/2001 | Dawnville Meadows Apartments | Fannie Mae Rate Lock Loan (Continental Windgate) |
| 56 | 5/24/2001 | City of Syracuse Industrial Development Agency | First Mortgage Adjustable Rate Revenue Bonds (Jewish Home of Central New York, Inc. Project) Series 2001A & 2001 B |
| 57 | 6/12/2001 | Massachusetts Development Finance Authority | Assisted Living Facility Revenue Bonds (The Arbors at Chicopee Project, Series 2001A & Series 2001B) |
| 58 | 6/19/2001 | Health and Educational Facilities Authority of the State of Missouri | Educational Facilities Revenue Bonds (St. Louis College of Pharmacy) Series 2001 |
| 59 | 6/21/2001 | Utah Housing Finance Agency | Single Family Mortgage Bonds, 2001 Series C |

**SUBJECT TO STIPULATION**
**of 12/18/09**

<u>U.S. v. Rubin/Chambers Dunhill Insurance, et al.</u>, No. 09 Cr 1058(VM)
**Voluntary Bill of Particulars**
**Count III: 18 U.S.C. 371**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 60 | 8/7/2001 | Utah Housing Corporation | Single Family Mortgage Bonds, 2001 Series D |
| 61 | 12/21/2001 | San Diego Family Housing, LLC | Military Housing Revenue Obligations, Series 2001A |
| 62 | 1/17/2002 | Utah Housing Corporation | Single Family Mortgage Bonds, 2002 Series A |
| 63 | 1/28/2002 | Colorado Health Facilities Authority | Catholic Health Initiatives, Revenue Bonds, Series 2001 |
| 64 | 4/25/2002 | Michigan State Housing Development Authority | Limited Obligation Multifamily Housing Revenue Bonds, Series 2002A (Parkview Place Apartments) |
| 65 | 4/26/2002 | Michigan State Housing Development Authority | Ltd Obligation Multifamily Housing Revenue Bonds Series 2002 A (Huntley Villas Apartments); Taxable Ltd Obligation Multifamily Housing Revenue Bonds--Series 2002 A (Huntley Villas Apartments) |
| 66 | 5/2/2002 | Utah Housing Corporation | Single Family Mortgage Bonds, 2002 Series C |
| 67 | 1/23/2003 | Utah Housing Corporation | Single Family Mortgage Bonds, 2003 Series A |
| 68 | 3/5/2003 | New Jersey Health Care Facilities Financing Authority | Variable Rate Revenue Bonds, Series 2003 Meridian Health System Obligated Group |
| 69 | 5/5/2003 | San Diego Family Housing, LLC | Military Housing Revenue Obligations, Series 2003 |
| 70 | 5/27/2003 | Michigan State Housing Development Authority | Single Family Mortgage Revenue Bonds Series 2003A |
| 71 | 7/1/2003 | California Health Facilities Financing Authority | Revenue Bonds (Stanford Hospital and Clinics) Series 2003A;  Revenue Bonds (Stanford Hospital and Clinics) 2003 Series B, 2003 Series C and 2003 Series D |
| 72 | 7/2/2003 | Maine State Housing Authority | Cumulative Aggregate Amount of General Housing Draw Down Bonds Series 2003-A  and Series 2003B |
| 73 | 9/10/2003 | Utah Housing Corporation | Single Family Mortgage Bonds, 2003 Series F |

**SUBJECT TO STIPULATION**
**of 12/18/09**

**U.S. v. Rubin/Chambers Dunhill Insurance, et al., No. 09 Cr 1058(VM)**
**Voluntary Bill of Particulars**
**Count III: 18 U.S.C. 371**

| | Approximate Bid Date | Name | Program |
|---|---|---|---|
| 74 | 10/1/2003 | Camp Pendleton and Quantico Military Housing, LLC | Military Housing Revenue Obligations Series 2003A |
| 75 | 5/20/2004 | Maine State Housing Authority | Cumulative Aggregate Amount of General Housing Draw Down Bonds Series 2004-A and Series 2004B |
| 76 | 6/24/2004 | The Public Building Authority of the City of Clarksville | Adjustable Rate Pooled Financing Revenue Bonds, Series 2004 (Tennessee Municipal Bond Fund) |
| 77 | 6/24/2004 | The Public Building Authority of the County of Montgomery | Adjustable Rate Pooled Financing Revenue Bonds, Series 2004 (Tennessee County Loan Pool) |

**SUBJECT TO STIPULATION**
**of 12/18/09**