

U.S. Department of Justice

Antitrust Division

*New York Field Office*

26 Federal Plaza            212/335-8000
Room 3630
New York, New York 10278-0140    FAX 212/335-8023

December 10, 2012

**BY FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/12

Re: *United States v. Rubin/Chambers, Dunhill Ins. Services, Inc., et al.,*
S1 09 Cr. 1058 (VM)

Dear Judge Marrero:

The Government respectfully writes to request an adjournment of the conference currently scheduled for December 14, 2012 at noon to discuss the status of the two defendants, David Rubin and CDR, remaining on this Court's docket,. As Your Honor is aware, Rubin testified before Judge Wood in the related *Ghavami* case in August 2012. In addition, the Government is still determining whether Rubin may have additional opportunities to cooperate with ongoing investigations by this office. I have spoken to Rubin's counsel, who consents to the adjournment of the sentencing date.

The Government is available to answer any questions the Court may have or provide additional information if the Court requests.

Respectfully submitted,

REBECCA MEIKLEJOHN
Trial Attorney
Antitrust Division

cc: Bradley D. Simon (by e-mail)
    Richard Beckler (by e-mail)

Request GRANTED. The sentencing of defendants David Rubin and CDR herein is rescheduled to 3-22-13 at 1:30 p.m.

SO ORDERED.

12-13-12
DATE          VICTOR MARRERO, U.S.D.J.