## SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

JONATHAN STERN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

November 26, 2013

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *United States v. Rubin et al.*
              **S1 09 Cr. 1058 (VM)**

Dear Judge Wood:

      We represent David Rubin in the above-referenced matter.

      We write to respectfully request that Mr. Rubin's sentencing, currently scheduled for December 17, 2013 be adjourned to January 27, 2014 or an alternative subsequent date acceptable to the Court. The reason for this request is that we received the Pre-Sentence Report (PSR) only this past Friday. The PSR is lengthy, encompassing 184 paragraphs and 47 pages. It raises a myriad number of issues which need to be analyzed and adequately addressed.

      I have spoken to Rebecca Meicklejohn of the Justice Department's Anti-Trust Division who advises me that the government does not object to the adjournment of the sentencing to January 27, 2014 if this date is acceptable to the Court.

SIMON & PARTNERS LLP

Hon. Kimba M. Wood
November 26, 2013
Page 2

      Thank you for you time and attention to this request.

                                           Respectfully submitted,

                                           Bradley D. Simon
                                           Attorney for David Rubin

cc:    Rebecca Meiklejohn (By email)