IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUBIN/CHAMBERS, DUNHILL INSURANCE SERVICES, INC., DAVID RUBIN, ZEVI WOLMARK, and EVAN ANDREW ZAREFSKY,<br>                   Defendants. | 09-CR-1058 (VM)<br><br>WITHDRAWAL OF APPEARANCE<br><br>(Filed Electronically) |

Kindly withdraw my appearance on behalf of David Eckhart and Investment Management Advisory Group in the above-captioned matter. I am no longer affiliated with Saul Ewing LLP and am no longer involved in the representation of Mr. Eckhart and IMAGE. Christopher Hall, Esq. of Saul Ewing LLP remains counsel for Mr. Eckhart and IMAGE.

Dated: December 3, 2014

Respectfully submitted,

By: s/ Jennifer L. Beidel
    Jennifer L. Beidel
    SAUL EWING LLP
    3800 Centre Square West
    1500 Market Street
    Philadelphia, PA  19102
    (215) 972-7850
    Fax:  (215) 972-1843
    jbeidel@saul.com
    *Attorneys for Investment Management Advisory Group, Inc. and David Eckhart*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER GHAVAMI, GARY HEINZ, and MICHAEL WELTY,<br><br>Defendants. | 10-CR-01217 (JFK)<br><br>**PROOF OF SERVICE** |

I, Jennifer L. Beidel, Esq., hereby certify that on December 3, 2014, the within Withdrawal of Appearance was served upon counsel of record via the Court's e-filing system.

Dated:  December 3, 2014

                                          SAUL EWING LLP

                                          By: /s/ Jennifer L. Beidel
                                          Jennifer L. Beidel, Esq.