**MEMO ENDORSED**

## SIMON & PARTNERS LLP

THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

(212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

NEW YORK
WASHINGTON, D.C.
PARIS

J. EVAN SHAPIRO

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

August 19, 2015

By ECF

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/15
```

Re: *United States v. Rubin et al.*
**S1 09 Cr. 1058 (KMW)**

Dear Judge Wood:

We represent David Rubin in the above-referenced matter.

Further to our letter of July 31, 2015 ("July 31 Letter") we write to advise you on the status of Mr. Rubin's payment of the fines on behalf of himself and CDR (hereafter the "Fine Obligations"). Since the July 31 Letter, Mr. Rubin has paid an additional $1,050,000 towards the Fine Obligations. Initially, Mr. Rubin was seeking an extension until December 31, 2015 to secure additional funds. Mr. Rubin, however, now seeks only an extension until October 31, 2015 to satisfy the remainder of the Fine Obligations. To satisfy the Government's concerns, through its Trustee, the David Rubin 2012 Irrevocable Trust will pledge the Rubin family home located at 100 South June Street, Los Angeles, California (the "Property") as collateral to insure that the Government receives timely payment. In addition, Mr. Rubin has agreed to execute an affidavit (that has been approved by the Government) acknowledging that the Government may force a sale of the Property should he fail to meet this new deadline. Finally, Mr. Rubin, through the undersigned, has agreed to report bi-weekly on the status of his efforts to secure sufficient funds to satisfy the Fine Obligations.

*[handwritten: granted — see below KMW]*

SIMON & PARTNERS LLP
Hon. Kimba M. Wood
August 19, 2015
Page 2

    In light of the foregoing, counsel for the Government, Rebecca Meiklejohn, Esq., has informed me that the Government has no objection to this request.

    Respectfully submitted,

Kenneth C. Murphy
Attorney for David Rubin

cc. All Counsel of Record by ECF

*The Court GRANTS Defendant's requested extension of the deadline for the payment of fine obligations until October 31, 2015, subject to the terms listed above.*

SO ORDERED: 8/20/15

_____
KIMBA M. WOOD
U. S. D. J.